UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JON SUSTARICH, Revenue Officer<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARK OTTOVICH,<br><br>　　　　　Respondent.<br>_____ | ) No. CV 11-1793 JSW<br>)<br>)<br>) [~~Proposed~~]<br>) ORDER TO SHOW CAUSE RE<br>) ENFORCEMENT OF INTERNAL<br>) REVENUE SERVICE SUMMONS<br>)<br>)<br>)<br>) |

    Good cause having been shown by the petitioners upon its petition filed in the above-entitled proceeding on _____, 2011, it is hereby:

    **ORDERED** that respondent MARK OTTOVICH appear before this Court on the 29th day of July, 2011, at 9 a.m., in Courtroom No. 11, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

    **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1 **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this  27th  day of  May , 2011, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order to Show Re Cause
Enforcement of IRS Summons                2