Mark Ottovich
37231 Mission Boulevard
Fremont, CA 94536-1630
510.894.1976  Phone
510 894.1976  FAX

August 31, 2011

US District Court, Northern District of California
Honorable Jeffrey S. White
Courtroom: 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:   United States v. Mark Ottovich
      Case No. 11-cv-1793-JSW
      Date:  September 2, 2011
      Time:  9:00 A.M.
      Courtroom:   11, 19th Floor

Dear Judge White:

I, Mark Ottovich, declare that I am the defendant in the above captioned matter, which I am personally competent to testify to the facts stated herein, and that:

I have a worsening throat condition and have been told by my treating physician's clinic that I will be given an appointment on either September 2, 3, or 4. I am in pro per and would not be able to effectively advocate for my position in my current condition in any case.

I have previously requested a continuance from the court for this hearing which was originally set for July 29, 2011 and the continuance was granted until September 2, 2011. I am not in the habit of requesting continuances, but I am not able to control the circumstances under which and when I will require medical attention. I request that this hearing be continued for at least three-weeks since it looks like I will be unable to attend it as currently scheduled and require time for diagnostics and treatment.

Thank you in advance for your consideration and I apologize to the court and opposing counsel for any inconvenience this may have caused.

I declare under penalty of perjury that the foregoing is true, correct, that I have read this document, and that this declaration was executed at Fremont, California on this date of Wednesday, August 31, 2011.

Sincerely,

_____/s/_____
Mark Ottovich



Respondent's second request for a continuance of the hearing is DENIED. The hearing on the Order to Show Cause shall proceed on September 2, 2011 at 9:00 a.m.

Dated:  September 1, 2011