IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JON SUSTARICH, Revenue Officer,<br><br>    Petitioners,<br><br>  v.<br><br>MARK OTTOVICH,<br><br>    Respondent.<br>_____/ | No. C 11-1793 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

    On February 27, 2013, the Court issued an Order finding that Respondent was in contempt of this Court's Order Enforcing Summons, and it ordered that Respondent would be fined $500 per day from March 1, 2012, until the date he complies with the Order Enforcing Summons. The Court also stated that if he complied with the Order enforcing summons within thirty days of the date of that order, by personally appearing before Adam Nolan, 1301 Clay Street, Suite 1040-South, Oakland, California, and producing the records and testimony sought in the summons on or before April 1, 2013, he will be purged of the $500 per day fine that might have accrued against him for his failure to comply.

    The Court also ordered that Petitioners' counsel was to serve a copy of the Order on Respondent and file proof of service with the Court. There is no proof of service in the record.

    Accordingly, by no later than June 10, 2013, Petitioners are HEREBY ORDERED to file a status report with the Court as to whether they have served Respondent with the Order dated February 27, 2013, and the current status of the proceedings.

It is FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and shall file proof of such service by no later than June 10, 2013.

**IT IS SO ORDERED.**

Dated: June 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE