**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and JON SUSTARICH, Revenue Officer,

    Petitioners,

  v.

MARK OTTOVICH,

    Respondent.

_____/

No. C 11-1793 JSW

**ORDER OF REFERRAL OF DEFENDANT'S MOTION TO MAGISTRATE JUDGE SPERO**

    Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the Motion for Terminating Summons filed by Defendant to Magistrate Judge Spero. (Docket No. 62.) The hearing date of October 4, 2013 before the undersigned is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: September 30, 2013

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OTTOVICH et al,<br><br>　　　　Defendant.　　　　　　　　／ | Case Number: CV11-01793 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Michael Ottovich
37231 Mission Boulevard
Fremont, CA 94536

Dated: September 30, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2