1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA, and JON
SUSTARICH, Revenue Officer,

10                       No. C 11-1793 JSW

            Petitioners,

11                       **ORDER ADOPTING REPORT
AND RECOMMENDATION**

  v.

12 MARK OTTOVICH,

13             Respondent.

14

15 _____/

16       This matter comes before the Court upon consideration of the Report and

17 Recommendation ("Report") prepared by Magistrate Judge Spero, in which he recommends that

18 the Court grant Petitioners' motion for entry of judgment of contempt and deny Respondent's

19 motion for terminating summons. The deadline for filing objections to the Report has passed,

20 and the Court has received Respondent's submission. The Court has considered the Report,

21 relevant legal authority, and the record in this case. The Court finds the Report thorough and

22 well reasoned and adopts it in every respect. Accordingly, the Court GRANTS Petitioners'

23 motion and DENIES Respondent's motion. The Court imposes a fine against Respondent in the

24 amount of $7,500.

25       **IT IS SO ORDERED.**

26 Dated: November 12, 2013                _____

27                               JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California

1

## UNITED STATES DISTRICT COURT

2

### FOR THE

3

### NORTHERN DISTRICT OF CALIFORNIA

4

5

6   UNITED STATES OF AMERICA ET AL
et al,                                          Case Number: CV11-01793 JSW

7                   Plaintiff,                  **CERTIFICATE OF SERVICE**

8        v.

9   OTTOVICH et al,

10                  Defendant.
                                           /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.

13

14  That on November 12, 2013, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
15  listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
    inter-office delivery receptacle located in the Clerk's office.

16

17
    Mark Michael Ottovich
18  37231 Mission Boulevard
    Fremont,  CA 94536
19

20
    Dated: November 12, 2013
21                                          Richard W. Wieking, Clerk
                                            By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28